**Order entered April 23, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00091-CV

## IN THE INTEREST OF B.C.C. AND K.M.C., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-08-09495-Z**

## ORDER

Before the Court is appellee's April 21, 2021 first motion for additional time to file its brief. We **GRANT** the motion and **ORDER** the brief filed by May 12, 2021. Because this is an appeal in a parental termination case, we caution that further extension requests are disfavored.

/s/    LESLIE OSBORNE
       JUSTICE